IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-379-RJC-DCK

| BETTY LOUISE WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| MONARCH HEALTHCARE, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Larry L. Ross, filed a "Certification Of Mediation Session" (Document No. 20) notifying the Court that the parties reached a settlement on November 3, 2017. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **December 4, 2017**.

**SO ORDERED**.

Signed: November 6, 2017

David C. Keesler
United States Magistrate Judge